FILED
CLERK, U.S. DISTRICT COURT
APR - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRIANA A. PEYTON,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | Case No. EDCV 07-00068 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

DATED: __4.2__, 2008

_____
ANDREW J. WISTRICH
United States Magistrate Judge